CLOSED, CV, JRTLC2

# U.S. District Court
## U.S.District Court Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07-cv-04458-JRT-FLN
### Internal Use Only

Johnson v. Pfizer Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge John R. Tunheim
Referred to: Magistrate Judge Franklin L. Noel
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 11/01/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Judith Johnson**
*Individually ans on Behalf of the Estate of Thomas P. Johnson, Deceased*

represented by **Brian-NA A Goldstein**
Not admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C MacGillis**
Trepanier & MacGillis PA
310 4th Ave S Ste 8000
Mpls, MN 55415
612-455-0500
Fax: 612-455-0501
Email: jmacgillis@trepanierlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**G.D. Searle LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 40017332.) assigned to Judge John R Tunheim per Master List referred to Magistrate Judge Franklin L Noel., filed by Judith Johnson. |

|  |  |  |
|---|---|---|
|  |  | (Attachments: # 1 Civil Cover Sheet) (jdf) (Entered: 11/01/2007) |
| 11/01/2007 |  | Summons Issued as to Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (jdf) (Entered: 11/01/2007) |
| 11/01/2007 |  | (Court only) *** Copy of complaint sent to the MDL Panel (jdf) (Entered: 11/01/2007) |
| 12/14/2007 | 2 | CERTIFIED COPY OF THE CONDITIONAL TRANSFER ORDER (CTO-89), transferring case to the Northern District of Calfornia per MDL Panel for coordinated or consolidated proceedings. Case assigned to the Honorable Charles R Breyer. (jdf) (Entered: 12/14/2007) |
| 12/14/2007 | 3 | LETTER Case has been transferred via e-mail to the Northern District of California pursuant to CTO. (jdf) (Entered: 12/14/2007) |